Repco Enterprises, Inc., Plaintiff-Appellee, v. United Auto Workers Local 184, Joseph A. Skwatt, Business Agent of United Auto Workers Local 184 and Caroline Wilkins, President of United Auto Workers Local 184, Defendants-Appellants.

Gen. No. 70–37.

Second District.

August 6, 1970.

Katz & Friedman, Irving M. Friedman, Jerome Schur, Howard A. Katz, and Zenia S. Goodman, of Chicago, for appellants; Joslyn and Green, and Thomas C. Zanck, of Woodstock, for appellee. Opinion by JUSTICE ABRAHAMSON. Not to be published in full.